443 A.2d 401

Commonwealth v. Cunningham, Appellant.

Submitted April 14, 1981. David P. Brandt, for appellant; Oliver J. Lobaugh, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and JOHNSON, JJ.

The judgment of sentence and order of the court below is affirmed.

443 A.2d 402

Commonwealth v. Daniel, Appellant.

Petition for Allowance of Appeal Denied Sept. 14, 1982.

Argued February 3, 1981. Michael F. X. Coll, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, POPOVICH and WATKINS, JJ.

Judgment of sentence affirmed.